WILLIAM W. LLOYD et al., Respondents, *v.* WILLIAM W. BURNS, Appellant.

(Submitted June 25, 1875; decided September 21, 1875.)

*Charles Matthews* for the appellant.

*F. J. Fithian* for the respondents.

Agree to affirm. No opinion.
All concur. Judgment affirmed.

---

JAMES BROWN, Respondent, *v.* EDWIN POST, Appellant.

(Argued April 19, 1875; decided September 28, 1875.)

REPORTED below, 1 Hun, 303.

*J. E. Burrill* for the appellant.

*Clarkson N. Potter* for the respondent.

Agree to affirm on opinion of DANIELS, J., in court below.
All concur. Judgment affirmed.

---

THE RAILWAY PASSENGER ASSURANCE COMPANY, Appellant, *v.* LEWIS B. WARNER et al., Respondents.

(Argued June 24, 1875; decided September 28, 1875.)

THE questions presented in this case were as to the rejection of evidence. As a majority of the court did not concur in opinion it is not reported.

*Henry R. Selden* for the appellant.

*Geo. F. Danforth* for the respondents.

MILLER, J., reads for reversal and new trial.
All concur; except CHURCH, Ch. J., not voting; ANDREWS, J., not sitting; ALLEN and RAPALLO, JJ., concur in result.
Judgment reversed.